| | |
|---|---|
| 1 | MATTHEW G. KLEINER (SBN: 211842) |
| 2 | mkleiner@gordonrees.com<br>GORDON & REES LLP |
| 3 | 101 W. Broadway, Suite 2000<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 696-6700<br>Facsimile: (619) 696-7124 |
| 5 | MICHELLE L. STEINHARDT (SBN: 235149) |
| 6 | msteinhardt@gordonrees.com<br>GORDON & REES LLP |
| 7 | 633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071 |
| 8 | Telephone: (213) 576-5000<br>Facsimile: (213) 680-4470 |
| 9 | Attorneys for Defendants |
| 10 | Aetna Life Insurance Company and<br>Aetna Life and Casualty (Bermuda) Ltd. |
| 11 | RICHARD D. WILLIAMS (SBN: 58640) |
| 12 | rwilliams@lyttonwilliams.com<br>MINA HAKAKIAN (SBN: 237666) |
| 13 | mhakakian@lyttonwilliams.com<br>1539 Westwood Blvd., Suite 200 |
| 14 | Los Angeles, CA 90024<br>Telephone: (310) 982-2733 |
| 15 | Fax: (310) 277-5952 |
| 16 | Attorney for Plaintiff<br>Brand Tarzana Surgical Institute, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRAND TARZANA SURGICAL INSTITUTE, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>AETNA INC., a health benefits corporation doing business in California as AETNA LIFE INSURANCE COMPANY, AETNA LIFE & CASUALTY (BERMUDA) LTD., and related entity names; and DOES 1 through 100;<br><br>Defendant. | CASE NO. 2:16-cv-8663 RGK (AJWx)<br><br>*Judge Hon. R. Gary Klausner*<br>Courtroom: 850<br><br>The Honorable Andrew J. Wistrich, Magistrate Judge<br><br>**JOINT ORDER ADOPTING PROTECTIVE ORDER**<br><br>Complaint Filed: 11/21/2016 |

-1-
JOINT [PROPOSED] ORDER ADOPTING PROTECTIVE ORDER

1     WHEREAS, the Parties in the above referenced matter have submitted a
2 Stipulation for Protective Order ("Protective Order") on February 14, 2017, and
3 good cause appearing therefore, the Court HEREBY ADOPTS SAID
4 PROTECTIVE ORDER and ORDERS AS FOLLOWS:
5     The Parties' Protective Order shall govern the disclosure and use of
6 confidential documents.

8 DATED: February 14, 2017 _____ *(signature)*

The Honorable Andrew J. Wistrich,
Magistrate Judge